# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA ANN BUTLER**                                                                             **PLAINTIFF**

v.                       **Case No. 3:19-cv-00106-KGB-BD**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 8). Plaintiff Lisa Ann Butler has not filed any objections, and the time to file objections has passed. The mail has been returned undeliverable as to Ms. Butler on August 28, 2019 (Dkt. No. 9). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 8). The Court dismisses Ms. Butler's complaint, first amended complaint, and second amended complaint without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to comply with Judge Deere's May 16, 2019, order requiring Ms. Butler to file an amended complaint, and failure to prosecute this lawsuit (Dkt. Nos. 1, 3, 6).

It is so ordered this the 10th day of February, 2020.

                                                                       _____
                                                                       Kristine G. Baker
                                                                       United States District Judge