# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA ANN BUTLER**                                                        **PLAINTIFF**

v.                          **Case No. 3:19-cv-00106-KGB-BD**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Lisa Ann Butler's complaint is dismissed without prejudice.

So adjudged this the 10th day of February, 2020.

                                                                                   _____
                                                                                   Kristine G. Baker
                                                                                   United States District Judge